ACCEPTED
15-25-00146-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 4:29 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00146-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 4:29:59 PM
CHRISTOPHER A. PRINE
Clerk

**BUC-EE'S, LTD.,**

*Appellant,*

**v.**

**HEAD COUNTRY, LLC,**

*Appellee.*

Interlocutory Appeal from the Business Court of the State of Texas
Eleventh Division; Trial Court Cause No. 25-B11A-0028

**APPELLANT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
AND DESIGNATION OF LEAD COUNSEL ON APPEAL**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellant Buc-ee's, Ltd. files this Notice of Appearance of Additional Counsel and Designation of Lead Counsel on Appeal as follows:

1. Appellant designates the following attorney from the law firm of Beck Redden LLP as additional counsel on appeal:

Chris Dove
cdove@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, TX 77010-2010
(713) 951-3700
(713) 951-3720 – Fax

2.      Pursuant to TEX. R. APP. P. 6.1, Appellant hereby designates Chris Dove as lead counsel on appeal.

3.      Appellant respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to the undersigned.

Date:  September 16, 2025

**BUC-EE'S, LTD.**

Jason Fulton
State Bar No. 24040936
Jason.Fulton@buc-ees.com
Jeff Nadalo
State Bar No. 24041559
jeff@buc-ees.com
11200 Broadway, Suite 2332
Pearland, TX 77584
(346) 320-0179

Respectfully submitted,

**BECK REDDEN LLP**

*/s/ Chris Dove*
Chris Dove
State Bar No. 24032138
cdove@beckredden.com
Geoff A. Gannaway
State Bar No. 24036617
ggannaway@beckredden.com
Joel T. Towner
State Bar No. 24083978
jtowner@beckredden.com
Fariha Jawed
State Bar No. 24125292
fjawed@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 – Fax

**ATTORNEYS FOR APPELLANT BUC-EE'S, LTD.**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Crain on behalf of Chris Dove
Bar No. 24032138
laura-crain-2391@ecf.pacerpro.com
Envelope ID: 105661307
Filing Code Description: Copy of Notice of Appeal
Filing Description: Copy of Notice of Appeal to Pay Appeal Filing Fee
Status as of 9/16/2025 4:52 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Fulton | 24040936 | jason.fulton@buc-ees.com | 9/16/2025 4:29:59 PM | SENT |
| Madison Haueisen | 24115369 | mhaueisen@winston.com | 9/16/2025 4:29:59 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 9/16/2025 4:29:59 PM | SENT |
| LeElle Slifer | 24074549 | lslifer@winston.com | 9/16/2025 4:29:59 PM | SENT |
| Joel T.Towner | | jtowner@beckredden.com | 9/16/2025 4:29:59 PM | SENT |
| Fariha Jawed | | fjawed@beckredden.com | 9/16/2025 4:29:59 PM | SENT |
| Chris Dove | | cdove@beckredden.com | 9/16/2025 4:29:59 PM | SENT |
| Geoff Gannaway | | ggannaway@beckredden.com | 9/16/2025 4:29:59 PM | SENT |